**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-4619**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DANA MAURICE JACKSON, a/k/a Moonie,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(CR-97-132-JFM)

———————

Submitted: May 6, 1999          Decided: July 13, 1999

———————

Before ERVIN, HAMILTON, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mark B. Martin, M. Cristina Gutierrez, REDMOND, BURGIN & GUTIERREZ,
P.A., Baltimore, Maryland, for Appellant. Lynne A. Battaglia,
United States Attorney, Joseph L. Evans, Assistant United States
Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dana Maurice Jackson appeals his convictions, arising out of an armored car robbery, for conspiracy to obstruct, delay or affect commerce, interference with commerce by threats or violence, and aiding and abetting the same, and use of a firearm in the commission of crime of violence, and aiding and abetting the same. On appeal he alleges that the district court erred by: (1) precluding from evidence the fact that his co-defendant may have been involved in a subsequent armored car robbery; (2) denying his motion to suppress a calendar seized in the search of his home; and (3) by enhancing his sentence by four levels rather than two levels under the Sentencing Guidelines. See U.S. Sentencing Guidelines, § 2B3.1(b)(4) (1997).

We have reviewed the record and the district court's actions and find no reversible error. Accordingly, we affirm Jackson's convictions and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED